IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| DISABILIY RIGHTS TENNESSEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 1:23-cv-00086 |
| | ) | |
| MIDDLE TENNESSEE DETENTION | ) | JUDGE CAMPBELL |
| CENTER, LLC, et al., | ) | MAGISTRATE JUDGE HOLMES |
| | ) | |
| Defendants. | | |

## ORDER

Pending before the Court is Defendants Middle Tennessee Detention Center, LLC ("MTJDC"), Jason Crews, Hollis Residential Treatment Center, and Wayne Halfway House, Inc.'s ("Defendants") second motion to dismiss (Doc. No. 55), which is fully briefed and ripe for review. (*See* Doc. Nos. 60, 64). For the reasons set forth in the accompanying memorandum, Defendants' motion will be **GRANTED** in part and **DENIED** in part.

Further, the parties are **ORDERED** to engage in mediation, which must be conducted by no later than June 17, 2025. The parties shall file a joint status report within five business days of the conclusion of mediation.

Upon selection of a mediator and scheduling of mediation, and by no later than May 16, 2025, the parties shall file a joint notice of mediation details, which confirms their selection and identity of the selected mediator and the date on which mediation is scheduled.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE