# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | | |
|---|---|---|
| DISABILITY RIGHTS TENNESSEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 1:23-cv-86 |
| MIDDLE TENNESSEE DETENTION | ) | |
| CENTER, LLC; JASON CREWS; in his | ) | Judge Campbell |
| capacity as the Executive Director of Middle | ) | Magistrate Judge Holmes |
| Tennessee Detention Center, HOLLIS | ) | |
| RESIDENTIAL TREATMENT CENTER; | ) | |
| and WAYNE HALFWAY HOUSE, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Under Federal Rule of Civil Procedure 41(a)(1), Plaintiff Disability Rights Tennessee submits this stipulation of dismissal signed by all parties and hereby dismisses all claims in this action with prejudice.

RESPECTFULLY SUBMITTED,


*/s/ Jeremiah Dan Jones*
Jack W. Derryberry , Jr.
jackd@disabilityrightstn.org
Jeremiah Dan Jones
jeremiahj@disabilityrightstn.org
Disability Rights Tennessee
2 International Plaza, Suite 825
Nashville, Tennessee 37217


*Attorneys for Disability Rights Tennessee*

*/s/ Eric G. Osborne*
Eric G. Osborne (No. 29719)
Christopher C. Sabis (No. 30032)
Mark Alexander Carver (No. 36754)
Brettson J. Bauer (No. 39289)
SHERRARD ROE VOIGT & HARBISON, PLC
150 3rd Avenue South, Suite 1100
Nashville, Tennessee 37201
Tel. (615) 742-4200 | Fax. (615) 742-4539
eosborne@srvhlaw.com
csabis@srvhlaw.com
acarver@srvhlaw.com
bbauer@srvhlaw.com


*Attorneys for Middle Tennessee Detention Center, LLC, Wayne Halfway House, Inc., and Hollis Residential Treatment Center*

*/s/ Matthew W. Sexton*
Matthew W. Sexton (No. 27526)
P.O. Box 1085
Morristown, Tennessee 37816
Tel. (423) 736-0330
msexton@waynehalfway.com


*Attorney for Jason Crews*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the following on June __, 2025, via the Court's CM/ECF filing system:

Eric G. Osborne (No. 29719)
Christopher C. Sabis (No. 30032)
Mark Alexander Carver (No. 36754)
Brettson J. Bauer (No. 39289)
Sherrard Roe Voigt & Harbison, PLC
150 3rd Avenue South, Suite 1100
Nashville, Tennessee 37201
Tel. (615) 742-4200 | Fax. (615) 742-4539
eosborne@srvhlaw.com
csabis@srvhlaw.com
acarver@srvhlaw.com
bbauer@srvhlaw.com

*Attorneys for Middle Tennessee Detention Center, LLC, Wayne Halfway House, Inc., and Hollis Residential Treatment Center*

Matthew W. Sexton
msexton@waynehalfway.com
P.O. Box 1085
Morristown, Tennessee 37816

*Attorney for Jason Crews*

DATED: June 4, 2025

*/s/ Jeremiah Dan Jones*
Jeremiah Dan Jones