IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| DISABILIY RIGHTS TENNESSEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 1:23-cv-00086 |
| | ) | |
| MIDDLE TENNESSEE DETENTION CENTER, LLC, et al., | ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE HOLMES |
| | ) | |
| Defendants. | | |

## ORDER

The Court is in receipt of Plaintiff's Stipulation of Dismissal (Doc. No. 73) filed under Federal Rule of Civil Procedure 41(a)(1) stating that the parties have stipulated to the dismissal of all claims in this action with prejudice. Accordingly, this action is **DISMISSED** with prejudice.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE